# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ORAL ARGUMENT

September 26, 2023

| | |
|---|---|
| No. 22-2370 | MOTOROLA SOLUTIONS, INC. and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.,<br>　　Plaintiffs - Appellees<br><br>v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD.,<br>　　Defendant - Appellant |
| No. 22-2413 | MOTOROLA SOLUTIONS, INC. and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD.,<br>　　Plaintiffs - Appellants<br><br>v.<br><br>HYTERA COMMUNICATIONS CORPORATION LTD.,<br>　　Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:17-cv-01973 |
| Northern District of Illinois, Eastern Division |
| District Judge Martha M. Pacold |

| **Originating Case Information:** |
|---|
| District Court No: 1:17-cv-01973 |
| Northern District of Illinois, Eastern Division |
| Clerk/Agency Rep Thomas G. Bruton |
| District Judge Martha M. Pacold |

**IT IS ORDERED** that this case be orally argued on Tuesday, December 5, 2023, at 9:30 a.m. in the Main Courtroom, Room 2721, of the United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Chicago, Illinois.

Each side limited to 25 minutes. Counsel are advised that the panel of judges assigned to oral

argument may decide, after reading the briefs, that less time is required for oral argument.

**IT IS FURTHER ORDERED** that counsel notify the Calendar Clerk who will present oral argument by completing the oral argument confirmation form and filing an electronic copy of the completed form through the Electronic Case Filing (ECF) System. Notice of this case entry must be received in the clerk's office no later than 5 days prior to the scheduled argument date.

Pursuant to General Order 22-005, entered on September 30, 2022, as part of the check-in process in the Clerk's Office, all attorneys appearing for in-person argument must sign a statement attesting that they have read and understood the self-certification requirement.

Option to Present Argument Telephonically or by Video Communications: The assigned panel may, in its discretion, permit counsel to present oral argument telephonically or by a video-communications platform approved by the court. Not later than 14 days before the argument date, and after conferring with opposing counsel, a party may file a motion to present oral argument telephonically or by video communications. The motion shall: (1) state the reason for the request; (2) state whether the request is opposed or unopposed; and (3) identify which counsel wish to appear remotely.

Waiver of Oral Argument: Not later than 14 days before the argument date, counsel may file a motion under Circuit Rule 34(e) to waive oral argument if the appeal can be resolved based on the briefs and record and the decisional process would not be significantly aided by oral argument. See FED. R. APP. P. 34(a). Counsel must first confer with opposing counsel before seeking a waiver of oral argument, and the motion must state whether the request is opposed or unopposed. The court prefers joint motions.

Copies of this notice have been sent to counsel of record.

**NOTE:** Please review the attached "Special Notice to Counsel Who Will Present Oral Argument" and "Current COVID-19 Courtroom Procedures" for important requirements and information about oral argument in the Court of Appeals.

form name: **c7_NoticeOfOralArg**     (form ID: **156**)