# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 13, 2024

**Before**

DAVID F. HAMILTON, *Circuit Judge*

Nos. 22-2370 & 22-2413

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC. and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
|     *Plaintiffs-Appellees, Cross-Appellants*, | |
| *v.* | No. 1:17-cv-01973 |
| HYTERA COMMUNICATIONS CORPORATION LTD., | Charles R. Norgle, |
|     *Defendant-Appellant, Cross-Appellee*. | *Judge*. |

**O R D E R**

The Motion of Honorable Thomas R. Lee, Professor Pamela Newell, and Intellectual Property Academy of Chinese Enterprise for Leave to File Brief Out of Time as *Amici Curiae* Supporting the Petition for Rehearing is hereby denied. The brief is offered by distinguished lawyers, but the time to respond to the petition for rehearing has already been extended once, and substantially, so that Motorola's answer is due next week. No good cause has been shown for the delay, and allowing the late proposed *amicus* brief would necessarily force a further (and likely substantial) delay.